*393*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 2 7 1995

Michael N. Milby, Clerk of Court

| | |
|---|---|
| FRANKLIN RODRIGUEZ DELGADO, et al., § § § Plaintiffs, § § v. § § SHELL OIL CO., et al., § § Defendants. § | CIVIL ACTION NO. H-94-1337 (formerly G-94-0193) (consolidated) |
| JORGE COLINDRES CARCAMO, et al., § § § Plaintiffs, § § v. § § SHELL OIL CO., et al., § § Defendants. § | CIVIL ACTION NO. H-94-1359 (formerly G-94-238) |
| JUAN RAMON VALDEZ, et al., § § Plaintiffs, § § v. § § SHELL OIL CO., et al., § § Defendants. § | CIVIL ACTION NO. H-95-1356 (formerly 2-94CV-69; E.D. Tex., Marshall Div.) |
| ISAE CARCAMO, § § Plaintiff, § § v. § § SHELL OIL CO., et al., § § Defendants. § | CIVIL ACTION NO. H-95-1407 (formerly 2-94CV-73; E.D. Tex., Marshall Div.) |

## **FINAL JUDGMENT**

In accordance with defendants and third- and fourth-party defendants' Amended Agreements Regarding Conditions of Dismissal for Forum Non Conveniens, the court's memorandum and order of July 11, 1995, and the court's orders of August 22, 1995, October 6, 1995, and today, these actions are **DISMISSED**.

Plaintiffs and intervenor plaintiffs in Delgado, Jorge Carcamo, Valdez, and Isae Carcamo, are **PERMANENTLY ENJOINED** from commencing or causing to be commenced in any court in the United States any action involving DBCP-related claims and from intervening in Ramon Rodriguez Rodriguez, et al. v. Shell Oil Company, et al., currently pending in the 229th Judicial District Court of Jim Hogg County, Texas, in Manuel Antonio Balderamos Erazo v. Shell Oil Company, et al., pending in the 206th District Court of Hidalgo County, Texas, or in any other pending action in the United States involving DBCP-related claims. All persons in active concert or participation with plaintiffs and intervenors who receive actual notice of this judgment by personal service or otherwise, including, but not limited to, the attorneys who have appeared in these actions and their law firms, as well as the officers, agents, servants, and employees of any of these persons, are **PERMANENTLY ENJOINED** from commencing or causing to be commenced any action involving a DBCP-related claim in any court in the United States, and from filing an intervention in Rodriguez, Erazo, or any other pending action in a court in the United States, on behalf of any

-3-

plaintiff or intervenor plaintiff in <u>Delgado</u>, <u>Jorge Carcamo</u>, <u>Valdez</u>, and <u>Isae Carcamo</u>.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 27th day of October, 1995.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE